**United States District Court**
For the Northern District of California

1

2

3

4

5 IN THE UNITED STATES DISTRICT COURT

6 FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8 OUR CHILDREN'S EARTH, et al.,                     No. C -13-00402 (EDL)

9          Plaintiffs,                    **ORDER REGARDING MOTION TO SHORTEN TIME**

10     v.

11 LELAND STANFORD JUNIOR,

12          Defendant.

                                                    /

13

14     On January 28, 2014, Plaintiffs moved to shorten time on their motion to compel.  The Court

15 orders that Defendant's response, if any, to the motion to shorten time be filed by January 29, 2014,

16 at 3:00 p.m.

17     **IT IS SO ORDERED.**

18

19 Dated: January 28, 2014

20     ELIZABETH D. LAPORTE
       United States Magistrate Judge

21

22

23

24

25

26

27

28