United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUR CHILDREN'S EARTH, et al., | No. C -13-00402 (EDL) |
|       Plaintiffs, | **ORDER GRANTING IN PART PLAINTIFFS' MOTION TO SHORTEN TIME** |
|   v. | |
| LELAND STANFORD JUNIOR, | |
|       Defendant. | |
| _____/ | |

On January 28, 2014, Plaintiffs moved to shorten time on its motion to compel an inspection. (Dkt. 32.)  Defendant filed an opposition to the motion to shorten time, and Plaintiffs filed a reply. The Court grants in part Plaintiffs' motion.  Defendant's opposition brief is due by February 11, 2014, Plaintiffs' reply is due by February 12, 2014, and the Court will hold a hearing on this matter on February 21, 2014, at 9:30 a.m.  Defendant should be prepared to schedule an inspection promptly if the Court grants Plaintiffs' motion to compel.

**IT IS SO ORDERED.**

Dated: January 30, 2014

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge