IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUR CHILDREN'S EARTH, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>LELAND STANFORD JUNIOR UNIVERSITY,<br><br>    Defendant.<br>_____/ | No. C -13-00402 EDL<br><br>**ORDER REFERRING CASE TO MEDIATION** |

    This matter is referred for mediation with Daniel Bowling of the Court's Alternative Dispute Resolution department. The mediation session shall take place at the mediator's earliest convenience.

**IT IS SO ORDERED.**

Dated: March 18, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge