Christopher A. Sproul (Bar No. 126398)
Jodene Isaacs (State Bar No. 226895)
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com
Email:  jisaacs@enviroadvocates.com

Michael A. Costa (Bar No. 219416)
3848 Sacramento St. #2
San Francisco, CA 94118
Telephone: (415) 342-0042
Email: mike@ocefoundation.org

Attorneys for Plaintiffs
OUR CHILDREN'S EARTH and ECOLOGICAL RIGHTS FOUNDATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION, a non-profit corporation, and ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>    Plaintiffs,<br>  v.<br><br>LELAND STANFORD JUNIOR UNIVERSITY,<br><br>    Defendant. | Civil Case No.: 13-cv-00402-EDL<br><br>**STIPULATED REQUEST TO EXTEND EXPERT DISCOVERY AND RESET THE TRIAL AND RELATED DATES;**<br>**[PROPOSED] ORDER**<br>**AS MODIFIED**<br><br>Civil Local Rule 6-1(b), 6-2, and 7-12 |

1    Plaintiffs Ecological Rights Foundation ("ERF") and Our Children's Earth Foundation ("OCE")

2    (ERF and OCE are collectively referred to as "Plaintiffs") and The Board of Trustees of the Leland

3    Stanford Junior University ("Stanford" or "Defendant") (Plaintiffs and Defendant are referred to

4    collectively as the "Parties"), by and through their counsel of record, hereby stipulate to extend expert

5    discovery and reset the trial date as well as related deadlines as follows:

6        WHEREAS, based on the need for additional time to complete fact discovery, the Parties

7    anticipated asking this Court for a further extension of time to complete expert discovery in this matter

8    and to continue the trial date;

9        WHEREAS, throughout January 2015 and February 2015, the Parties encountered significant

10   issues concerning the supplemental report and production by Plaintiffs' expert;

11       WHEREAS, the Parties have worked diligently to resolve various issues (including extensive

12   meet and confer sessions) and have resolved many of their disputes without further discovery motion

13   practice at this time (although Stanford will be raising certain objections before the trial in this matter);

14       WHEREAS, the Parties believe the most efficient path forward is to set a mutually agreeable

15   schedule to complete expert discovery including the depositions of both experts and to continue the

16   current trial schedule;

17       WHEREAS, the Parties have agreed on a new schedule that will both allow time for the agreed

18   upon expert supplemental discovery as well as accommodate several periods of time when counsel for

19   Stanford and/or its expert are not available (because Stanford had set its schedule for other matters

20   based on the prior schedule that has now become unworkable);

21       WHEREAS, the Parties currently expect that the deposition of Plaintiffs' expert shall occur on

22   April 10, 2015, Stanford shall provide its supplemental expert report on May 1, 2015, and the deposition

23   of Defendant's expert shall occur on May 22, 2015;

24       WHEREAS, the existing Case Management and Pretrial Order (ECF Doc. No. 28), as partially

25   adjusted by the Court on June 19, 2014 (ECF Doc. No. 63), set various deadlines including the close of

26   expert discovery on January 16, 2015, the last day for hearing dispositive motions on March 3, 2015,

27   and a bench trial on June 23, 2015;

28

WHEREAS, the Court's clerk has confirmed that moving the trial date in this case to November 30, 2015 fits the Court's current calendar;

NOW, THEREFORE, to ensure all Parties have adequate opportunity to complete expert discovery and fully prepare this case for trial, the Parties request that the Court set the following schedule:

| EVENT | PROPOSED DATES |
|---|---|
| **Deadline to complete expert discovery** | May 22, 2015 |
| **Deadline to file motion to compel expert discovery per Local Rule 37-3** | June 1, 2015 |
| **Dispositive motion filing deadline** | July 6, 2015[1] |
| **Last day for dispositive motion hearing** | ~~August 18, 2015~~<br>August 25, 2015 |
| **Deadline to meet & confer regarding pre-trial conference issues** | October 9, 2015 |
| **Deadline to file joint pre-trial statement/disclosure and other materials required by paragraph 5.c. in Court's Case Management and Pretrial Order** | October 20, 2015 |

---

[1] The Parties have agreed upon the following expanded schedule for any dispositive motion: ~~moving papers will be filed no later than forty-three (43) days before the hearing date,~~ opposition papers will be filed twenty-four (24) days after the moving papers are filed and reply papers will be filed twelve (12) days after the opposition is filed. ~~In the case of a hearing set for August 18, 2015, the moving papers would be due on July 6, 2015, opposition papers would be filed on July 30, 2015 and reply papers would be filed on August 11, 2015.~~

| EVENT | PROPOSED DATES |
|---|---|
| **Deadline to file objections and other materials required by paragraph 5.d in Court's Case Management and Pretrial Order** | October 30, 2015 |
| **Pre-Trial Conference** | November 10, 2015 at 2:00 p.m. |
| **Bench Trial** | ~~November 30, 2015 at 8:30 a.m.~~ December 2, 2015 at 8:30 a.m. |

Dated: March 9, 2015.

Respectfully submitted,

Christopher Sproul
Environmental Advocates
Attorney for Plaintiffs Our Children's Earth Foundation
and Ecological Rights Foundation

Dated: March 10, 2015

PILLSBURY WINTHROP SHAW PITTMAN LLP
SARAH G. FLANAGAN #70845
sarah.flanagan@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

DIANNE L. SWEENEY #187198
dianne@pillsburylaw.com
2550 Hanover Street
Palo Alto, CA 94304-1115
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

Dianne L. Sweeney
Pillsbury Winthrop Shaw Pittman LLP
Attorneys for Defendant The Board of Trustees
of the Leland Stanford Junior University

1

2        **[Proposed] Order**

3        PURSUANT TO STIPULATION, IT IS SO ORDERED. AS MODIFIED

4

5        Date: March 18, 2015

6                                            Honorable Elizabeth D. Laporte
7                                            United States Magistrate Judge
                                             Northern District of California
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28