UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUR CHILDREN'S EARTH, et al. <br><br> Plaintiffs, <br><br> v. <br><br> LELAND STANFORD JUNIOR UNIVERSITY, <br><br> Defendant. | Case No. 13-cv-00402-EDL   (ADR) <br><br> **ORDER RE: ATTENDANCE AT MEDIATION** <br><br> Date:  July 15, 2015 <br> Mediator:  Daniel Bowling |

IT IS HEREBY ORDERED that the request to excuse defense counsel, Christopher Sproul, from appearing in person at the July 15, 2015, mediation before Daniel Bowling is GRANTED.  Mr. Sproul shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: July 10, 2015

Maria-Elena James
United States Magistrate Judge