UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUR CHILDREN'S EARTH, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LELAND STANFORD JUNIOR UNIVERSITY,<br><br>    Defendant. | Case No. 13-cv-00402-EDL<br><br>**ORDER**<br><br>Re: Dkt. No. 135 |

On September 10, 2015, this Court denied Plaintiffs' request to shorten time for the hearing of their motion to compel. Considering the deadlines already set for Defendant's motion to stay and the Parties' motions for summary judgment, as well as defense counsel's vacation schedule, this Court noted that "the Parties may stipulate to an extended briefing schedule on Plaintiffs' motion provided that the Court's time for considering the motion is not significantly shortened." On September 15, 2015, Defendant filed a letter indicating that the Parties have been unable to reach an agreement on the briefing schedule for Plaintiffs' motion to compel and requesting a phone conference. As this Court has already consented to an extended briefing schedule, no phone conference is necessary. In light of the above, Defendant's opposition to Plaintiffs' motion to compel shall be filed no later than September 29, 2015 and Plaintiffs' reply, if any, shall be filed no later than October 8, 2015.

**IT IS SO ORDERED.**

Dated: September 16, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge