UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OUR CHILDREN'S EARTH, et al.,

    Plaintiffs,

  v.

LELAND STANFORD JUNIOR UNIVERSITY,

    Defendant.

Case No. 13-cv-00402-EDL

**ORDER RE: EVIDENTIARY OBJECTIONS**

This Court's Civil Local Rules require that evidentiary objections to a motion or an opposition "must be contained within the brief or memorandum." Civil Local Rule 7-3(a)&(c). The Rules permit an opposing party to file *one* separate statement of evidentiary objections to reply evidence that "may not exceed 5 pages of text." Civil Local Rule 7-3(d)(1). In connection with the Parties' pending motions for summary judgment as well as Defendant's pending motion to stay, the Parties have filed numerous separate statements of evidentiary objections in violation of these rules. Accordingly, any evidentiary objections (including oppositions to, and replies in support of, objections) in connection with these motions that are not contained within the Parties' briefs are hereby stricken. The Parties are ordered to meet and confer in person on their evidentiary objections. To the extent any disputes remain, the Parties shall file a joint letter of no more than ten pages setting forth their remaining disputes by November 9, 2015. The joint letter may not reference any stricken filings. Additionally, if necessary, Plaintiffs and Defendant may each file one separate statement of objections to reply evidence of no more than 5 pages by November 4, 2015, which also may not reference any stricken filings.

**IT IS SO ORDERED.**

Dated: November 2, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge