UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUR CHILDREN'S EARTH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LELAND STANFORD JUNIOR UNIVERSITY, <br><br> Defendant. | Case No. 13-cv-00402-EDL <br><br> **ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

This matter is hereby REFERRED to a Magistrate Judge for a settlement conference to take place as soon as possible and no later than January 15, 2016.

**IT IS SO ORDERED.**

Dated: December 8, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge