UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OUR CHILDREN'S EARTH, et al.,

    Plaintiffs,

  v.

LELAND STANFORD JUNIOR UNIVERSITY,

    Defendant.

Case No. 3:13-cv-00402-EDL   (DMR)

**ORDER RE SEALED TRANSCRIPT OR FTR AUDIO RECORDING**

On January 7, 2016, the undersigned held a settlement conference in the above matter. The parties recorded the terms of a settlement in principle on the court's FTR system. Because the matter has not yet been fully resolved, the parties asked that the terms of the settlement in principle be kept confidential at this time. The undersigned hereby ORDERS that any transcript or FTR audio recording of that proceeding be filed and maintained under seal.

However, the court reporters or courtroom deputy are directed to provide counsel for any party in this matter with a transcript or copy of FTR audio recording of that day's proceedings upon their request and without further order.

**IT IS SO ORDERED.**

Dated: January 8, 2016

Donna M. Ryu
United States Magistrate Judge